JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAX QUINTANA**, <br>         Plaintiff, <br>    v. <br> **UNITED STATES OF AMERICA** <br>         Defendant. | Case No.: ED CV 17-2095 DMG (SHKx) <br><br> **JUDGMENT** |

    The Court having granted Defendant United States of America's motion for summary judgment by order dated November 14, 2018 [Doc. # 31],

    IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant and against Plaintiff.

DATED: November 14, 2018

                                          *Dolly M. Gee*
                                  DOLLY M. GEE
                              UNITED STATES DISTRICT JUDGE